■ In the Matter of MARILYN RAPP, Respondent, v. CHRISTOPHER BIRCH, Appellant.— Two orders of the Family Court, Suffolk County, dated September 3, 1968 and December 6, 1968, respectively, affirmed, with one bill of costs. In our opinion, the evidence in this paternity proceeding was sufficient to create a genuine belief in the mind of the trier of the facts that appellant is the father of the child (*Commissioner of Public Welfare* v. *Ryan*, 238 App. Div. 607, 608; see *People* v. *Arcieri*, 8 A D 2d 923; *People* v. *Mendel*, 10 A D 2d 767). Rabin, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

■ In the Matter of RICHARD L. ROSSI et al., Petitioners, v. NEW YORK STATE LIQUOR AUTHORITY et al., Respondents.— Proceeding dismissed on the merits and determination of respondent the New York State Liquor Authority, rendered May 8, 1968, which adhered to its prior order dated April 9, 1968, confirmed, without costs. No opinion. Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.

■ In the Matter of the Arbitration between METHODIST CHURCH OF BABYLON, Appellant, and GLEN-RICH CONSTRUCTION CORP., Respondent.— Order of the Supreme Court, Nassau County, dated September 23, 1968, affirmed insofar as appealed from, with costs, on the opinion at Special Term. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.